THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH PIANTO, Appellant.

*Crimes — unlawfully carrying firearm — judgment of conviction affirmed.*

*People* v. *Pianto*, 220 App. Div. 333, affirmed.

(Argued November 29, 1927; decided December 13, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1927, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of unlawfully carrying a firearm in violation of section 1897 of the Penal Law.

*Charles B. McLaughlin* and *Donald F. Ayres* for appellant.

*Joab H. Banton, District Attorney (Archibald Firestone* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Dissenting: POUND and KELLOGG, JJ.

---

PETER ZAPP, Appellant, *v.* VICTORIA ZAPP, Respondent.

*Husband and wife — separation — insufficiency of evidence to warrant separation on ground of abandonment.*

*Zapp* v. *Zapp*, 219 App. Div. 834, affirmed.

(Argued November 29, 1927; decided December 13, 1927.)

APPEAL from a judgment, entered March 30, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint in an action, husband against wife, to obtain a separation on the ground of abandonment. The Appellate Division held that the evidence was insufficient to sustain a finding that defendant aban-

doned plaintiff with the degree of finality necessary to entitle him to a separation.

*Philip M. Bromberg* and *James M. Fawcett* for appellant.

*Martin C. Ansorge* and *Harry Hershhorn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

CHARLES OLSEN, Respondent, *v.* FENNIA REALTY Co., INC., Appellant.

HELEN M. OLSEN, an Infant, by CHARLES OLSEN, Her Guardian ad Litem, Respondent, *v.* FENNIA REALTY Co., INC., Appellant.

*Negligence — building — failure to guard or inclose unfinished founda-
tion so as to prevent children playing thereon — complaint dismissed
in action for injury of child — section 192 of Building Code for benefit
of travelers on street.*

*Olsen* v. *Fennia Realty Co., Inc.* (2 cases), 218 App. Div. 863, 864, reversed.

(Argued November 29, 1927; decided December 13, 1927.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 18, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was by a father to recover for loss of services and expense arising from personal injuries of his infant daughter. The second, by the daughter, to recover for such injuries alleged to have been sustained through the negligence of defendant in leaving unguarded and uninclosed an unfinished foundation for a building in the borough of Brooklyn, so that the child, while playing thereon, fell and received the injuries complained of.

*Everett W. Bovard* and *Norman G. Hewitt* for appellant.
*Van M. Logan* for respondent.

.41